**Opinion filed March 8, 2018**



### In The

# EⅼeⅤeɴtʜ Court of Appeaⅼs

_____

## No. 11-18-00058-CV

_____

## MVD ENTERTAINMENT GROUP, Appellant
## V.
## BARRY TUBB, Appellee

### On Appeal from the 132nd District Court
### Scurry County, Texas
### Trial Court Cause No. 25537

### M E M O R A N D U M   O P I N I O N

MVD Entertainment Group has filed a motion to dismiss this appeal. MVD indicates that the parties have settled this matter, and MVD requests that this court issue an order dismissing the appeal. In accordance with MVD's request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

March 8, 2018                                                    PER CURIAM

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

_____

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.